# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 civ 0581                                                                 Purchased/Filed: January 23, 2008

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT

---

*Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds*        Plaintiff

against

*M.A. Angeliades, Inc.*        Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

Jessica Miller, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on January 29, 2008, at 2:00pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action Rule 7.1 and Complaint on

M.A. Angeliades, Inc., the Defendant in this action, by delivering to and leaving with Donna Christie, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 38    Approx. Wt: 145    Approx. Ht: 5'5"
Color of skin: White    Hair color: Blonde    Sex: F    Other:

Sworn to before me on this
2nd day of February, 2008

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4696570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0800960

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179