# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1405
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

May 12, 2008

FACSIMILE (914) 390-4085
Honorable Judge Charles L. Brieant
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Trustees of the District Council 9, et al. v. M.A. Angeliades, Inc.
    Index No.: 08-CIV-0581 (CLB)
    Initial Conference – May 16, 2008

Dear Honorable Judge Brieant:

This office represents the plaintiffs in the above matter. This letter makes reference to the initial court conference scheduled for Friday, May 16, 2008.

This matter involves the enforcement of a Collective Bargaining Agreement, more specifically, the Funds right to audit the books and records of an Employer. The defendant has agreed to allow and cooperate with the audit. The audit findings have been sent to the Employer and they will need time to review them.

On consent, we respectfully request an adjournment of the initial court conference to a date in mid June 2008 that is mutually convenient to the Court. This is the second request for an adjournment.

Kindly advise this office of the court's decision regarding our request.

Thank you for your assistance and courtesies.

Very truly yours,

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

Dawn Stefanik
Paralegal

cc: M.A. Angeliades

*[Handwritten memo endorsement:] MEMO ENDORSED. Application Granted. Conference adjourned to June 13, 2008 9:00 AM. So Ordered. Charles L. Brieant  5/12/2008  USDJ*