# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

June 10, 2008

VIA FACSIMILE (914) 390-4085
Honorable Judge Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

*Adjourned to July 25, 2008, 9:00*
*/s/ Chas L. Brieant*
*USDJ 6/11/08*

RE: Trustees of the District Council 9, et al. v. M.A. Angeliades, Inc.
Index No.: 08-CIV-0581(CLB)
Court Conference: June 13, 2008 at 9:00 a.m.

Dear Honorable Judge Brieant:

This firm is counsel to plaintiffs in the above matter. This letter makes reference to the initial court conference scheduled for Friday, June 13, 2008 at 9:00 a.m.

This matter involves the enforcement of a Trade Agreement, more specifically, the Funds right to audit the books and records of an Employer. The defendant has agreed to allow and cooperate with the audit and the audit findings were sent to the Employer. We have been informed by our client that the defendant has submitted a written rebuttal to the audit and the Funds' auditors need sufficient time to review it.

Accordingly, we respectfully request an adjournment of the initial court conference to a date in late July 2008. This is the third request for an adjournment.

Kindly advise this office of the court's decision regarding our request.

Thank you for your assistance and courtesies.

Very truly yours,

Dawn Stefanik
Paralegal

cc: M.A. Angeliades, Inc.