UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND
ANNUITY FUNDS,

          Index No.: 08-CIV-0581 (CS)

        Plaintiffs,      **VOLUNTARY NOTICE
                                            OF DISMISSAL & ORDER**

   -against-

M.A. ANGELIADES, INC.,

        Defendants.
------------------------------------------------------------X

    Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action.

Dated: August 11, 2008
       Elmsford, New York

                                                                                                     */s/ Dana L. Henke*
                                                                        Dana L. Henke, Esq. (DLH3025)
                                                                        Attorney for Plaintiff
                                                                        258 Saw Mill River Road
                                                                        Elmsford, New York 10523
                                                                        (914) 592-1515

SO ORDERED

_____
Honorable Cathy Seibel, U.S.D.J.