UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND
ANNUITY FUNDS,

                              Index No.: 08-CIV-0581 (CS)

                  Plaintiffs,    **VOLUNTARY NOTICE OF DISMISSAL & ORDER**

    -against-

M.A. ANGELIADES, INC.,

                  Defendants.
-------------------------------------------------------------x

Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action.

Dated: August 11, 2008
       Elmsford, New York

                                                        Dana L. Henke, Esq. (DLH3025)
                                                        Attorney for Plaintiff
                                                        258 Saw Mill River Road
                                                        Elmsford, New York 10523
                                                        (914) 592-1515

SO ORDERED

*Cathy Seibel 8/20/08*
Honorable Cathy Seibel, U.S.D.J.